AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 17, 2025
SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT
для the
Eastern District of Washington

ALI KANE, a.k.a. ABDOULAYE TOUMBOU

*Plaintiff*

v.

CHERYL STRANGE, JAMES KEY, RONALD HAYNES, PAUL DUENICH, WILLIAM STOCKWELL, TROY STULL, RIVERA, and UNFRED

*Defendant*

Civil Action No. 4:24-cv-05130-RLP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Pursuant to the Court Order at ECF No. 29, Defendants' Cross Motion for Summary Judgment, ECF No. 18, is GRANTED, and Plaintiff's Motions for Summary Judgment, ECF Nos. 15 and 16, are DENIED. Judgment is entered for Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rebecca J. Pennell.

Date: 3/17/2025

*CLERK OF COURT*

SEAN F. McAVOY

s/ Brian Molony
*(By) Deputy Clerk*

Brian Molony