AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Nov 16, 2026
SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ALI KANE, a.k.a. ABDOULAYE TOUMBOU,

*Plaintiff*

v.

CHERYL STRANGE, JAMES KEY, RONALD HAYNES, PAUL DUENICH, WILLIAM STOCKWELL, TROY STULL, RIVERA, and UNFRED,

*Defendant*

Civil Action No. 4:24-cv-05130-RLP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ______________ recover from the defendant *(name)* ______________ the amount of ______________ dollars ($ ________ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______________ recover costs from the plaintiff *(name)* ______________ .

☑ other: Pursuant to the Order at ECF No. 51, Defendants' Cross Motion for Summary Judgment at ECF No. 18, is GRANTED. Plaintiff's Motions for Summary Judgment at ECF No. 15 and ECF No. 16, are DENIED.
Judgment entered in favor of Defendants.

This action was *(check one)*:

❒ tried by a jury with Judge ______________ presiding, and the jury has rendered a verdict.

❒ tried by Judge ______________ without a jury and the above decision was reached.

☑ decided by Judge REBECCA L. PENNELL

Date: 11/16/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*